INGRAHAM, P. J., McLAUGHLIN, LAUGHLIN and MILLER, JJ., concurred.

Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.

---

LEO OPPENHEIMER, as Trustee in Bankruptcy of MICHAEL H. GILLESPIE and WILLIAM E. WALSH, Individually and as Copartners Composing the Firm of GILLESPIE, WALSH & GILLESPIE, Appellant, *v.* THE CITY OF NEW YORK, Defendant. THE SECURITY BANK OF NEW YORK, Respondent.

First Department, February 16, 1912.

See head note in *Oppenheimer* v. *City of New York* .(*Chelsea Bank*) (*ante,* p. 172).

APPEAL by the plaintiff, Leo Oppenheimer, as trustee, etc., from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 19th day of October, 1911, as resettled by an order entered on the 23d day of November, 1911, directing that the Security Bank of New York be made a party defendant.

*Frederick Hulse* of counsel [*Eidlitz & Hulse,* attorneys], for the appellant.

*Robert R. Reed* of counsel [*Caldwell, Masslich & Reed,* attorneys], for the respondent Security Bank.

CLARKE, J.:

This is a similar motion to that presented in *Oppenheimer* v. *City of New York* (*Chelsea Bank*) (149 App. Div. 172), handed down herewith, the Security Bank having procured an order for its introduction as defendant, basing its application upon an assignment of forty thousand dollars out of the retained percentages, and for the reasons set forth in the preceding case the order should be reversed, with ten dollars costs and disbursements, and the motion denied, with ten dollars costs.

INGRAHAM, P. J., McLAUGHLIN, LAUGHLIN and MILLER, JJ., concurred.

Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.